(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

**Joseph Moceri**
Plaintiff(s)

v. Dkt. No. **08-026T**

**Seaboats, Inc. et al.**
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendants **Seaboats, Inc., Barges Unlimited, Inc., and Tugs Unlimited, Inc.** hereby moves that **James B. Re** be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

**Francis J. Sally**
Print Name

**Sally & Fitch LLP**
Firm and Business Address

**56 Pine Street**

**Providence, Rhode Island 02903**

RI Bar ID # **5324**

Email: **FJS@sally-fitch.com**

Tel. # **401-521-6500**

Fax # **401-274-2780**

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date