(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Joseph Moceri
Plaintiff(s)

v.

Dkt. No. 08-026T

Seaboats, Inc., et al
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Joseph Moceri hereby moves that Paul T. Hofmann be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Peter Regan Esq.
Print Name

RI Bar ID # 3421

Sayer Regan Thayer & Flanagan
Firm and Business Address

Email: pregan@srt-law.com

130 Bellevue Ave.

Tel. # 401-849-3040

Newport, RI 02840

Fax # 401-849-4330

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date