UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH MOCERI,<br>Plaintiff<br><br>v.<br><br>SEABOATS, INC., BARGES UNLIMITED, INC.<br>TUGS UNLIMITED INC., the BARGE PATRIOT,<br>and the TUG DANIEL C.,<br><br>Defendants | CIVIL ACTION NO. 08-026T |

PLAINTIFF'S RULE 16 CONFERENCE STATEMENT OF CLAIMS

Pursuant to LR CV 16, Plaintiff hereby submits his Statement of Claims.

PARTIES:

The Parties to this action, and a thumbnail sketch of the case are:

| | |
|---|---|
| Claimant: | Joseph Moceri |
| Defendant(s): | SeaBoats, Inc. and Barge Patriot and Tug Daniel C. |
| Date of Injury: | 1/29/05 |
| DOB: | 12/14/73 |
| Age at time of Injury: | 31 |
| Current Age: | 34-1/2 |

NATURE OF CASE:

This is a Jones Act (46 USC § 30104) action, with included claims for vessel unseaworthiness and maintenance and cure brought by plaintiff for injuries he suffered on January 29, 2005, while employed by the defendant on defendants' vessels Barge Patriot and Tug Daniel C.

Plaintiff was the mate on the tug Daniel C., which was involved in loading operations at a terminal in the Hudson River near Albany, NY. The weather was cold, and as he was in the process of throwing a line, he slipped and fell to the deck of the Barge Patriot. This vessel had shortly before come out of the shipyard, but the required non-skid coating in the aft station was very poor and failed to provide him with sufficient traction to protect him from falling.

Plaintiff suffered a flexion extension injury to the cervical spine when he fell hard to the deck. He continued to work for several months until the pain and disability became too severe

and he had to stop working. He underwent cervical discectomy and fusion of the spine. The cervical fusion has developed pseudo-arthrosis, which will require further invasive fusion surgery. Plaintiff seeks compensation for lost wages, lost earnings capacity in the future, pain and suffering and payment for outstanding medical bills and for future medical care and disability.

ELEMENTS OF CLAIM:

Negligence and Unseaworthiness: Plaintiff through his and co-worker testimony, expert testimony and documentary evidence shall establish that the defendants had a duty to provide a reasonably safe vessel, and that the lack of proper non-skid coating on the deck of the vessel constituted negligence.

Injury: Plaintiff will prove through expert testimony and documentary evidence that he suffered a disabling herniated cervical disc in the incident. This has caused him at times in the past to be totally disabled. He currently is disabled, yet is working because he must support his family. It has been recommended that he undergo another fusion surgery.

Medical Causation: Through his own testimony and that of the physicians called to testify, plaintiff will assert that the incident described was the proximate cause of the injury to his cervical disc requiring fusion surgery.

Damages: Through testimony and records, plaintiff will show his past earnings; his past earnings potential; his future earnings potential and his pecuniary losses related to the injury in question.

Dated: July 11, 2008

JOSEPH MOCERI,
By His Attorneys,

Peter Brent Regan (#3421)
SAYER REGAN THAYER & FLANAGAN, LLP
130 Bellevue Avenue, Unit 2
Newport, RI 02840
(401) 849-3040

-and-

Paul T. Hofmann, Esq.
HOFMANN & ASSOCIATES
360 W. 31st Street, Suite 1506
New York, N.Y. 10001
Tel: (212) 465-8840