UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH MOCERI,
Plaintiff

v.

CIVIL ACTION NO. 08-026T

SEABOATS, INC., BARGES UNLIMITED, INC. TUGS UNLIMITED INC., the BARGE PATRIOT, and the TUG DANIEL C.,
Defendants

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS**
**SEABOATS, INC., BARGES UNLIMITED, INC., AND TUGS UNLIMITED, INC.**

In accordance with Fed. R. Civ. P. 7.1(a), defendants Seaboats, Inc., Barges Unlimited, Inc., and Tugs Unlimited, Inc. state that they have no parent corporations and that no publicly held corporation owns 10% or more of the stock of any of them.

By their attorneys,

/s/ ***James B. Re***
James B. Re (MA BBO #413300)
SALLY & FITCH LLP
One Beacon Street
Boston, MA 02108
(617) 542-5542

Dated: July 14, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 14th day of July, 2008.

/s/ ***James B. Re***
James B. Re