**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOSEPH MOCERI,<br>Plaintiff<br><br>v.<br><br>SEABOATS, INC., BARGES UNLIMITED, INC.<br>TUGS UNLIMITED INC., the BARGE PATRIOT,<br>and the TUG DANIEL C.,<br>Defendants | ) | CIVIL ACTION NO. 08-026T |

**PARTIES' JOINT PROPOSED DISCOVERY PLAN**

In accordance with LR Cv 26(a), the parties hereby submit their Joint Proposed Discovery Plan.

- Amendments to the pleadings on or before — August 8, 2008
- Service of written discovery requests on or before — August 15, 2008
- Non-expert depositions completed on or before — December 19, 2008
- Plaintiffs' Rule 26(a)(2) expert disclosures on/before — December 30, 2008
- Defendant's Rule 26(a)(2) expert disclosures on/before — February 13, 2009
- Experts' depositions completed on or before — March 27, 2009
- Dispositive motions to be filed on or before — May 29, 2009
- Rule 26(a)(3) pretrial disclosures on or before — June 19, 2009*
- Final pretrial conference on or before — June 30, 2009*

*The parties propose that in the event that a dispositive motion is pending, the Rule 26(a)(3) pretrial disclosures and the final pretrial conference be postponed so that, if any claims remain for trial once the motion is decided, the Rule 26(a)(3) pretrial disclosures will be made 30

days after the motion is decided, and the final pretrial conference will be conducted 30 days after the pretrial disclosures are made.

PLAINTIFF

By his attorneys,

/s/ *Paul T. Hoffman*
Paul T. Hofmann
HOFMANN & ASSOCIATES
360 W. 31st Street
New York, NY 10001-2727
(212) 465-8840

DEFENDANTS

By their attorneys,

/s/ *James B. Re*
James B. Re (MA BBO #413300)
SALLY & FITCH LLP
One Beacon Street
Boston, MA 02108
(617) 542-5542

Dated: July 15, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 15, 2008.

/s/ ***James B. Re***
James B. Re